LAW OFFICES OF NEIL B. CHECKMAN, ESQ.

115 Broadway, Suite 1704
New York, NY 10006
212.264.9940
Fax: 212.898.1187
neil@checkmanlaw.com

www.checkmanlaw.com
www.whitecollarcrimesnyc.com

June 17, 2019

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
**By ECF and Regular Mail**

**Re: United States v. Emanuel Suleymanov,
19 Cr. 0009 (DLC)**

Dear Judge Cote:

I write to ask the Court, by Memorandum-Endorsing this letter, to authorize Pre-trial Services to release the above-referenced defendant's Passport which was surrendered to secure his appearance before this Court. As the Court is aware, the defendant was sentenced by the Court to probation for five years on Friday.

We thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

/NBC
cc: Mr. Emanuael Suleymanov (By regular mail)
    A.U.S.A. Noah Falk (By ECF, email and regular mail)