115 Broadway, Suite 1704
New York, NY 10006
212.264.9940
Fax 212.898.1187
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN

May 20, 2021

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
**By ECF and Regular Mail**

### Re: United States v. Emanuel Suleymanov, 19 Cr. 0009 (DLC)

Dear Judge Cote:

    I write to ask the Court, by Memorandum-Endorsing this letter, to authorize Emanuel Suleymanov to travel to the Dominican Republic for a family event on June 15, 2021 and returning on June 26, 2021.

    I have spoken to U.S.P.O. Vincent Danielo of the Eastern District of New York Low Intensity Supervision Unit, who is providing courtesy supervision, and who is copied on this letter-application, and he has stated that because Mr. Suleymanov is up to date on his restitution payments, has paid the Special Assessment imposed on this case, and is otherwise totally compliant with his supervision, he has no objection to this application.

    Under our proposal, Mr. Suleymanov would inform his Supervising Probation Officer of the dates he will be away, provide a copy of his plane tickets and furnish the address at which he will be residing.

    As the Court will recall, the Court previously authorized Mr. Suleymanov to travel to Uzbekistan for three weeks, which occurred without incident in 2019.

    Accordingly, we respectfully request that the Court authorize Mr. Suleymanov to travel from June 15th through June 26th as requested above.

*Denied.*
*Denise Cote*
*May 21, 2021*

Hon. Denise L. Cote
May 20, 2021
Page 2

      We thank the Court for considering this application.

                                Very truly yours,

                                Neil B. Checkman

/NBC
cc: Mr. Emanuel Suleymanov (By email)
    A.U.S.A. Noah Falk (By ECF and email)
    U.S.P.O. Vincent Danielo (By email)