115 Broadway, Suite 1704<br>
New York, NY 10006<br>
212.264.9940<br>
Fax 212.898.1187<br>
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN

November 24, 2021

Hon. Denise L. Cote<br>
United States District Judge<br>
Southern District of New York<br>
500 Pearl Street<br>
New York, NY 10007<br>
**By ECF and Regular Mail**

Re: **United States v. Emanuel Suleymanov,**
     <u>**19 Cr. 0009 (DLC)**</u>

Dear Judge Cote:

      I write to ask the Court, by Memorandum-Endorsing this letter, to authorize Emanuel Suleymanov to travel to Moscow, Russia so that he could marry Alyana Memetova, his fiancé of three years, who now resides in Moscow. Once the couple is married, Mr. Suleymanov will file for a spousal visa.[1] Emanuel has not seen his fiancé in person since October, 2019.

      I have corresponded with U.S.P.O. Vincent Danielo of the Eastern District of New York Low Intensity Supervision Unit, who is providing courtesy supervision, and who is copied on this letter-application, and he has stated that because Mr. Suleymanov is up to date on his restitution payments, has paid the Special Assessment imposed on this case, and is otherwise totally compliant with his supervision, he has no objection to this application as long as it is not longer than four weeks in length. Mr. Danielo would require Mr. Suleymanov's itinerary before leaving.

      Throughout the Pandemic, Mr. Suleymanov, who is vaccinated, remained employed without missing a single day of work. He has submitted his monthly reports on time.

      The entire trip is being financed by Mr. Suleymanov's brother as a wedding present.

      As the Court will recall, the Court previously authorized Mr. Suleymanov to travel to

---

[1] Mr. Suleymanov filed for such a visa previously, but due to the Pandemic his application expired.

Hon. Denise L. Cote
May 20, 2021
Page 2

Uzbekistan for three weeks, prior to sentencing, which occurred without incident in 2019.

Accordingly, we respectfully request that the Court authorize Mr. Suleymanov to travel from December 26, 2021 through January 17, 2022.

We thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

/NBC
cc: Mr. Emanuel Suleymanov (By email)
    A.U.S.A. Noah Falk (By ECF and email)
    U.S.P.O. Vincent Danielo (By email)

Granted.
Denise Cote
11/29/21