115 Broadway, Suite 1704
New York, NY 10006
212.264.9940
Fax 212.898.1187
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN

May 31, 2022

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
**By ECF and Regular Mail**

Re: United States v. Emanuel Suleymanov,
    19 Cr. 0009 (DLC)

Dear Judge Cote:

I write to ask the Court, by Memorandum-Endorsing this letter, to authorize Emanuel Suleymanov to travel with his elderly mother, who suffers from diabetes and high blood pressure, to Israel to visit and stay with her sister, Esther Rachminov from August 15, 2022 through September 2, 2022. Ms. Rachiminov resides at 8 Davidka Street in Tel Aviv, telephone number 03 532 5380.

The trip is being paid for by Mr. Suleymanov's brother. Currently, the airline tickets are very affordable, and to save his brother money he would like to book the trip now.

As in the past, Mr. Suleymanov would provide contact and ticket information to his Supervising Probation Officer, Vincent Danielo prior to leaving. Mr. Danielo has no objection to this application.

Accordingly, we respectfully request that the Court authorize Mr. Suleymanov to travel from August 15, 2022 through September 2, 2022.

Granted.
Denise Cote
5/31/22

Hon. Denise Cote
May 31, 2022
Page 2

    We thank the Court for considering this application.

                            Very truly yours,

                            Neil B. Checkman

/NBC
cc: Mr. Emanuel Suleymanov (By email)
    A.U.S.A. Andrew Thomas (By ECF and email)
    U.S.P.O. Vincent Danielo (By email)