Neil B. Checkman, Esq.
1044 Washington Drive
Centerport, NY 11721
(212) 264-9940
Neil@checkmanlaw.com

January 24, 2023

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
**By ECF and Regular Mail**

*Denied.*
*Denise Cote*
*1/26/23*

Re: **United States v. Emanuel Suleymanov,**
    **19 Cr. 0009 (DLC)**

Dear Judge Cote:

I write to ask the Court, by Memorandum-Endorsing this letter, to authorize Emanuel Suleymanov to travel to Israel. Mr. Suleymanov informs that he has vacation days that he wishes to use. If permitted by the Court, he would be staying at his aunt's house: Ester Rachminov, 8 Davidaka Street in Tel Aviv. Her telephone number is 03 532 5380. He is reachable via that number or his email address emanmoney1@gmail.com. His travel dates would be from March 12, 2023 through March 30, 2023. We make this request now to get a good price on air travel.

Mr. Suleymanov would provide contact and ticket information to his Supervising Probation Officer, Lisa Famularo, prior to leaving. Ms. Famularo and the Probation Service have no objection to this application. Mr. Suleymanov is up to date through March on his monthly restitution payments.

Accordingly, we respectfully request that the Court authorize Mr. Suleymanov to travel to Israel from March 12, 2023 through March 30, 2023.

Hon. Denise Cote
January 24, 2023
Page 2

      We thank the Court for considering this application.

                              Very truly yours,

                              Neil B. Checkman

/NBC
cc: Mr. Emanuel Suleymanov (By email)
    A.U.S.A. Andrew Thomas (By ECF and email)
    U.S.P.O. Lisa Famularo (By email)