Neil B. Checkman, Esq.
1044 Washington Drive
Centerport, NY 11721
(212) 264-9940
Neil@checkmanlaw.com

June 15, 2023

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
**By ECF, email and Regular Mail**

Re: United States v. Emanuel Suleymanov,
    19 Cr. 0009 (DLC)

Dear Judge Cote:

Mr. Emanuel Suleymanov has served four years of his five year sentence of Probation as of this date. Counsel has conferred with U.S.P.O. Lisa Famularo, Mr. Suleymanov's supervising Probation Officer, who has reviewed his case with her office and informed that "he is in compliance with supervision. [The Probation Service] would support a motion for ET as he meets the criteria of early termination."

Accordingly, counsel requests that the Court grant early termination of Mr. Suleymanov's Probation based upon his good conduct and in the interests of justice, pursuant to 18 U.S.C. §3564(c).

We thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

/NBC
cc: U.S.P.O. Lisa Famularo (By email)
    A.U.S.A. Andrew Thomas (By ECF and email)
    Mr. Emanuel Suleymanov (By email)

Granted.
Denise Cote
June 23, 2023